CHAMBERS OF
TIMOTHY C. BATTEN, SR.

404-215-1420

August 26, 2011

Hon. Bobby R. Baldock
Judicial Conference of the U.S.
Committee on Financial Disclosure
One Columbus Circle, NE
Washington, DC 20544

**Re: My Calendar Year 2010 Filing**

Dear Judge Baldock:

Yesterday you wrote me a letter pointing out that in Part VII, page 6, lines 50 and 51, of my 2009 report I listed "Fed Home Ln Mtg Corp Global Ref Notes Bk/Entry," but did not list this asset in my 2010 report. This was an oversight on my part. As of December 31, 2010, I still owned this asset. The income earned by this asset in 2010 was less than $1000 (Code A), and the value of this asset at the end of 2010 was less than $15,000 (Code J).

I apologize for this inadvertent omission on my part.

If you have any questions regarding this matter, please do not hesitate to give me a call.



Timothy C. Batten, Sr.

**Batten, Sr., Timothy C.**

| AO 10 | **FINANCIAL DISCLOSURE REPORT** | *Report Required by the Ethics* |
| Rev. 1/2011 | **FOR CALENDAR YEAR 2010** | *in Government Act of 1978* |
| | | *(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Batten, Sr., Timothy C. | U.S. District Court, N.D. Ga. | 05/11/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge - Active | ☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2010<br>to<br>12/31/2010 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| Suite 2142<br>75 Spring Street, SW<br>Atlanta, GA 30303 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director and Secretary/Treasurer | T.E.C.H. Ventures, Inc. |
| 2. | Managing Member | ME Series B Holdings, LLC |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

**Batten, Sr., Timothy C. A**

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Conference Institute | 06/15/2009 - 06/16/2009 | New York, NY | Litigating and Resolving Advertising Disputes Seminar | Airfare, Hotel, Meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Batten, Sr., Timothy C. | 05/11/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Doug Craft | Quail hunting trip in January | $600.00 |
| 2. | Steve Witmer | Quail hunting trip in January | $600.00 |
| 3. | Monte Johnson | Quail hunting trip in January | $600.00 |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Chase Platinum Mastercard | Credit Card | K |
| 2. | Donald L. Plunkett | Loan | L |
| 3. | Medicraft Enterprises, LLC | Loan | L |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Batten, Sr., Timothy C. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | ME Series A Holdings, LLC | E | Distribution | K | W | | | | | |
| 2. | ME Series B Holdings, LLC | F | Distribution | M | W | | | | | |
| 3. | Adobe Systems Inc (DE) (Symbol: ADBE) | A | Dividend | | | Sold | 01/14/10 | J | A | |
| 4. | American Tower Corp-Class A (Symbol: AMT) (Y) | | | | | | | | | |
| 5. | Apple Inc (Symbol: AAPL) | A | Dividend | J | T | | | | | |
| 6. | AT&T Inc (Symbol: T) (Y) | | | | | | | | | |
| 7. | Baidu Inc Spon Adr Rptng Ord Shs Cl A (Symbol: BA) | A | Dividend | J | T | Buy | 11/02/10 | J | | |
| 8. | Bank of America Corp (Symbol: BAC) | A | Dividend | | | Sold | 09/10/10 | J | A | |
| 9. | Baxter Int'l Inc | A | Dividend | | | Sold | 03/11/10 | J | A | |
| 10. | Boeing Co (Symbol: BA) | A | Dividend | J | T | Buy | 03/05/10 | J | | |
| 11. | Capital One Finl Corp (Symbol: COF) (Y) | | | | | | | | | |
| 12. | Celgene Corp (Symbol: CELG) | A | Dividend | | | Sold | 12/07/10 | J | A | |
| 13. | Cisco Sys Inc (Symbol: CSCO) | A | Dividend | | | Sold | 11/16/10 | J | A | |
| 14. | DirecTV Cl A (Symbol: DTV) | A | Dividend | J | T | | | | | |
| 15. | Dow Chemical Co (Symbol: DOW) (Y) | | | | | | | | | |
| 16. | Dreyfuss Liquid Assets Inc Class 2 | A | Int./Div. | J | T | | | | | |
| 17. | E I Du Pont De Nemours & Co (Symbol: DD) | A | Dividend | J | T | Buy | 04/26/10 | J | | |

1. Income Gain Codes: A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
(See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Batten, Sr., Timothy C. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. E I Du Pont De Nemours & Co (Symbol: DD) | A | Dividend | J | T | Buy (add'l) | 09/17/10 | J | | |
| 19. Express Scripts Inc. Common (Symbol: ESRX) | A | Dividend | J | T | | | | | |
| 20. Fed Home Loan Mtg Corp Med Trem NTS BK/Entry CUSIP▮▮▮▮▮ | A | Interest | J | T | | | | | |
| 21. Fedex Corp (Symbol: FDX) | A | Dividend | | | Sold | 02/05/10 | J | A | |
| 22. Ford Motor Company (Symbol: F) | A | Dividend | J | T | Buy | 04/21/10 | J | | |
| 23. Freeport McMoran Copper & Gold Cl B (Symbol:FCX) | A | Dividend | J | T | | | | | |
| 24. General Dynamics Corp (Symbol: GD) | A | Dividend | | | Sold | 06/07/10 | J | A | |
| 25. Gilead Sciences Inc (Symbol: GILD) | A | Dividend | | | Sold | 07/16/10 | J | A | |
| 26. Goldman Sachs Group Inc (Symbol: GS) | A | Dividend | J | T | | | | | |
| 27. Google Inc Class A (Symbol: GOOG) | A | Dividend | J | T | | | | | |
| 28. Halliburton Co Holdings Co (Symbol: HAL) | A | Dividend | J | T | Buy | 12/22/10 | J | | |
| 29. Hewlett Packard Co (Symbol: HPQ) (Y) | | | | | | | | | |
| 30. Int'l Business Machines Corp (Symbol: IBM) | A | Dividend | J | T | | | | | |
| 31. Ishares Iboxx $ Investop Investment Grade Corp FD FD ("LQD") | A | Dividend | J | T | | | | | |
| 32. JP Morgan Chase & Co (Symbol: JPM) | A | Dividend | J | T | | | | | |
| 33. Kohls Corp (Symbol: KSS) | A | Dividend | | | Sold | 03/10/10 | J | A | |
| 34. Medco Health Solutions Inc (Symbol: MHS) | A | Dividend | | | Sold | 10/20/10 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Batten, Sr., Timothy C. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Merck & Co Inc (Symbol: MRK) (Y) | | | | | | | | | |
| 36. Metlife Inc (Symbol: MET) (Y) | | | | | | | | | |
| 37. Microsoft Corp (Symbol: MSFT) | A | Dividend | | | Sold | 05/07/10 | J | A | |
| 38. Occidental Petroleum Corp-Del (Symbol: OXY) | A | Dividend | J | T | | | | | |
| 39. Oracle Corp (Symbol: ORCL) | A | Dividend | J | T | | | | | |
| 40. Peabody Energy Corp (Symbol: BTU) | A | Dividend | J | T | Buy | 12/02/10 | J | | |
| 41. Pfizer Inc (Symbol: PFE) | A | Dividend | | | Sold | 03/03/10 | J | A | |
| 42. Philip Morris Intl Inc (Symbol: PM) (Y) | | | | | | | | | |
| 43. Praxair Inc (Symbol: PX) (Y) | | | | | | | | | |
| 44. Precision Castparts Corp (Symbol: PCP) (Y) | | | | | | | | | |
| 45. Qualcomm Inc (Symbol: QCOM) (Y) | | | | | | | | | |
| 46. Salesforce.com Inc (Symbol: CRM) (Y) | | | | | | | | | |
| 47. Schlumberger Ltf (Symbol: SLB) | A | Dividend | J | T | Buy | 06/21/10 | J | | |
| 48. Staples Inc (Symbol: SPLS) | A | Dividend | | | Sold | 03/10/10 | J | A | |
| 49. State Street Corp (Symbol: STT) (Y) | | | | | | | | | |
| 50. Target Corp (Symbol: TGT) (Y) | | | | | | | | | |
| 51. 3M Company (Symbol: MMM) (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] **NONE** *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. Transocean Ltd Switzerland (Symbol: RIG) | A | Dividend | | | Sold | 05/20/10 | J | A | |
| 53. Union Pacific Corp (Symbol: UNP) | A | Dividend | J | T | | | | | |
| 54. United Parcel Service (Symbol: UPS) | A | Dividend | J | T | Buy | 10/14/10 | J | | |
| 55. United Technologies Corp (Symbol: UTX) | A | Dividend | J | T | | | | | |
| 56. Vale S A Spon ADR (Symbol: VALE) (Y) | | | | | | | | | |
| 57. Visa Inc Com Cl A (Symbol: V) | A | Dividend | | | Sold | 12/17/10 | J | A | |
| 58. Walt Disney Co (Symbol: DIS) (Y) | | | | | | | | | |
| 59. Yahoo Inc (Symbol: YHOO) Y | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Batten, Sr., Timothy C. | 05/11/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Timothy C. Batten, Sr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544